Brian POWER, Plaintiff–Appellant,

v.

Gordon R. ENGLAND, Secretary, Department of the Nav., Defendant–Appellee.

No. 05–56411.

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2007.*

Filed June 14, 2007.

Andrew M. Schwartz, Los Angeles, CA, for Plaintiff–Appellant.

Gwendolyn Millicent Gamble, Esq., Office of the U.S. Attorney, Civil & Tax Divisions, Los Angeles, CA, for Defendant–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: D.W. NELSON, REINHARDT, and RYMER, Circuit Judges.

MEMORANDUM **

The Navy established legitimate, performance-based reasons for terminating Power. Assuming, *arguendo,* that Power made out a prima facie case on his retaliation and disability discrimination claims, he failed to produce any evidence sufficient to support a conclusion that the explanation articulated by the Navy was pretextual. *Villiarimo v. Aloha Island Air, Inc.,* 281 F.3d 1054, 1062, 1064 (9th Cir.2002). Power makes no argument in his brief regarding his whistleblowing claim and thus has waived that claim. *Kohler v. Inter-Tel Techs.,* 244 F.3d 1167, 1182 (9th Cir.2001). He also failed to identify any procedural error that requires us to disturb the MSPB's decision. *See Sloan v. West,* 140 F.3d 1255, 1260 (9th Cir.1998).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

